UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BLAKE LEIBEL,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Respondent. | Case No. 2:22-cv-04270-JLS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1, "Petition"), Respondent's Answer to the Petition (Dkt. 9) and supporting records, Petitioner's Reply (Dkt. 17), the Report and Recommendation of the United States Magistrate Judge (Dkt. 19, "Report"), and Petitioner's Objection to the Report (Dkt. 20).

    Having engaged in a <u>de</u> <u>novo</u> review of those portions of the Amended Report to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: January 31, 2023

JOSEPHINE L. STATON
United States District Judge