JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| BLAKE LEIBEL, | Case No. 2:22-cv-04270-JLS (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: January 31, 2023

_____
JOSEPHINE L. STATON
United States District Judge